**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Case: 2:25-cr-20302-MSN** |
| v. | ) | |
| | ) | |
| KENDRICK SHARP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNITED STATES' POSITION REGARDING SENTENCING**

The United States of America, by and through the undersigned counsel, hereby submits its position regarding sentencing in accordance with § 6A1.2 of the United States Sentencing Guidelines:

**I.      Certification**

The undersigned counsel has reviewed the Presentence Investigative Report ("PSR") and has communicated the following position to the probation officer and defense counsel in the form of a copy of this document.  The United States does not object to the facts described in the PSR.

**II.     Sentencing Hearing**

The sentencing hearing will last approximately one hour.  At present, the government does not anticipate calling any witnesses.

**III.    Offense level calculation**

The government concurs with the calculations of Defendant's Total Offense Level and Criminal History Category as stated in the PSR.

**IV.    18 U.S.C. § 3553(a) Sentencing Factors**

At the sentencing hearing, the government will argue that consideration of the factors under 18 U.S.C. § 3553(a) supports a term of imprisonment at the low end of the guideline range, followed by a 3-year period of supervised release.

Respectfully submitted,

D. MICHAEL DUNAVANT
United States Attorney

s/ Eileen Kuo
EILEEN KUO
Assistant United States Attorney
167 N. Main Street, Suite 800
Memphis, Tennessee 38103
Telephone: (901) 544 4231

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2026, a copy of the foregoing pleading was filed by electronic means via the court's electronic case filing system, which served all parties of record.

s/ Eileen Kuo

2